## *United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: `08CV4046`                Assigned/Issued By: `AEE`

Judge Name:                            Designated Magistrate Judge: `ASHMAN`

---

**FEE INFORMATION**

*Amount Due:*   ☐ $350.00     ☐ $39.00     ☐ $5.00

☐ IFP     ☐ No Fee     ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         (Victim, Against and $ Amount)

☐ Citation to Discover Assets

☐ Writ _____           ☐ Other
       (Type of Writ)                    _____
                                         _____
                                         (Type of issuance)

_____Original and _____ copies on _____ as to _____
                                      (Date)

_____

_____