UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRMA DELGADO, on behalf of herself and all other employees similarly situated, known and unknown<br><br>PLAINTIFF(S)<br><br>vs.<br><br>NORTH ELSTON FRUITS & VEGETABLES, INC., ET AL<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 CV 4046<br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; EXHIBITS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 21, 2008**, at **9:07 AM**, I served the above described documents upon **TOULA PANAYOTAROS A/K/A TC PETERS** as shown below:

**PERSONAL SERVICE** was made by leaving a true and correct copy to the within named individual, **TOULA PET**

Said service was effected at **1220 LONG MEADOW LANE, LAKE FOREST, IL 60045.**

**DESCRIPTION:** Gender: **F**   Race: **WHITE**   Age: **58**   Hgt: **5'4"**   Wgt: **135**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

Ryan Flaska, Lic #: 117-001119
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 900
Wheaton, IL 60187
(630) 221-9007

SUBSCRIBED AND SWORN to before me this 21st day of July, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| CLIENT NAME:<br>**Amatore & Associates, P.C.\***<br>FILE #: | ORIGINAL PROOF OF SERVICE | TRACKING #<br>**39895** |
|---|---|---|