UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IRMA DELGADO, on behalf of herself and all other employees similarly situated, known and unknown<br><br>PLAINTIFF(S)<br><br>vs.<br><br>NORTH ELSTON FRUITS & VEGETABLES, INC., ET AL<br><br>DEFENDANT(S) | COURT DATE:<br><br>Case No.<br>08 CV 4046<br><br>SERVICE DOCUMENTS:<br>SUMMONS & COMPLAINT; CIVIL CASE COVER SHEET; EXHIBITS |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Jul 21, 2008, at 9:07 AM**, I served the above described documents upon **STANLEY PANAYOTAROS A/K/A STANLEY PETERS** as shown below:

**ABODE SERVICE** was made by leaving copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein: **TOULA PETERS / SPOUSE.**

Said service was effected at **1220 LONG MEADOW LANE, LAKE FOREST, IL 60045.**

**DESCRIPTION:**   Gender: **F**   Race: **WHITE**   Age: **58**   Hgt: **5'4"**   Wgt: **135**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

*[signature]*

**Ryan Flaska, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 21st day of July, 2008

*Joan C. Harenberg*

OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09

NOTARY PUBLIC

| | | |
|---|---|---|
| CLIENT NAME:<br>Amatore & Associates, P.C.* | ORIGINAL PROOF OF SERVICE | TRACKING #<br>39896 |